# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID R. WEIL, <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS TELECOM SERVICES COMPANY, LLC, et al., <br><br> Defendants. | CASE NO. C15-0835JLR <br><br> ORDER ON REMAND |

Before the court is the opinion and mandate of the Ninth Circuit Court of Appeals affirming in part and reversing in part the court's order on summary judgment and remanding this matter for further proceedings. (9th Cir. Op. (Dkt. # 60); 9th Cir. Mandate (Dkt. # 63); *see also* Am. SJ Order (Dkt. # 51).)

The Ninth Circuit affirmed the court's summary judgment in favor of Defendants Citizens Telecom Services Company, LLC and Frontier Communications Corporation (collectively, "Defendants") on Plaintiff David R. Weil's wrongful termination claim.

| | |
|---|---|
| 1 | (*See* 9th Cir. Op. at 17-19.)  The Ninth Circuit also ruled that the court erred in excluding |
| 2 | on hearsay grounds a certain statement proffered by Mr. Weil and reversed the court's |
| 3 | summary judgment in favor of Defendants on Mr. Weil's failure-to-promote claim.  (*Id.* |
| 4 | at 8-14, 16-17.) |
| 5 |       Accordingly, the court VACATES its summary judgment order and judgment with |
| 6 | respect to Mr. Weil's failure-to-promote claim.  (*See* Am. SJ Order at 11-14, 16-19; Jmt. |
| 7 | (Dkt. # 52) at 1.)  The court also ORDERS the parties to file, within 14 days of the filing |
| 8 | date of this order, a joint status report proposing how the court should proceed on |
| 9 | remand.  The parties should attempt to agree in good faith on a unified approach.  If they |
| 10 | cannot so agree, they may outline their disparate suggestions in the joint status report. |
| 11 |       Dated this 24th day of June, 2019. |

*(signature)*

The Honorable James L. Robart
U.S. District Court Judge