1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8          AT SEATTLE

9

10    DAVID R. WEIL,                      CASE NO. C15-0835JLR

11                Plaintiff,         ORDER DENYING PLAINTIFF'S
           v.                         MOTION FOR
12                               RECONSIDERATION

13    CITIZENS TELECOM SERVICES
   COMPANY, LLC, et al.,

14                Defendants.

15

16       Before the court is Plaintiff David R. Weil's motion for reconsideration of the

17 court's order granting Defendants Citizens Telecom Services Company, LLC and

18 Frontier Communications Corporation's (collectively, "Defendants") motion for partial

19 summary judgment to limit Mr. Weil's damages claim. (Mot. (Dkt. # 74: *see also*

20 11/8/19 Order (Dkt. # 73).) For the reasons stated below, the motion is DENIED.

21       Pursuant to Local Rule LCR 7(h)(1), motions for reconsideration are disfavored

22 and will ordinarily be denied unless there is a showing of (a) manifest error in the prior

1    ruling, or (b) facts or legal authority which could not have been brought to the attention

2    of the court earlier, through reasonable diligence.  Local Rule W.D. Wash LCR 7(h)(1).

3         Mr. Weil presents no new facts or legal authority.  (*See generally* Mot.)  Instead,

4    Mr. Weil asserts that the court committed manifest error by overlooking or

5    misinterpreting the applicable law.  (*See* Mot. at 1.)  Mr. Weil's motion consists of

6    arguments the court has already considered, addressed, and rejected.  Mr. Weil's

7    disagreements with the court's analysis do not establish manifest error.  *See, e.g.*, *Russell*

8    *v. Comcast Corp.*, No. C08-0309TSZ, 2009 WL 995720, at *1 (W.D. Wash. Apr. 13,

9    2009) ("Plaintiff's motion is denied because, for the most part it simply rehashes

10   arguments already made and rejected by the Court, and otherwise fails to establish that

11   the Court committed a manifest error of law or fact.") (*citing Brown v. Wright*, 588 F.2d

12   708, 710 (9th Cir. 1978)).

13        Because Mr. Weil did not make a showing of manifest error in the court's prior

14   ruling or identify any new facts or legal authority that could not have been brought to the

15   court's attention earlier with reasonable diligence, the court DENIES Mr. Weil's motion

16   for reconsideration (Dkt. # 74).

17        Dated this 26th day of November, 2019.

18

19

20        JAMES L. ROBART
          United States District Judge

21

22

ORDER - 2