The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID R. WEIL,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS TELECOM SERVICES COMPANY, LLC; and FRONTIER COMMUNICATIONS CORPORATION,<br><br>Defendants. | Case No. 2:15-cv-00835-JLR<br><br>**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 19, 2019** |

COME NOW the Parties in the above-entitled action pursuant to FRCP 41(a)(1)(A)(ii) and stipulate that the above-entitled matter against Defendants Citizens Telecom Services Company, LLC and Frontier Communications Corporation may be dismissed with prejudice and with each party to bear their own attorneys' fees and costs. The Parties hereby request that the Court enter an Order of dismissal as set forth herein.

STIPULATED and AGREED this 19th day of December, 2019.

**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL** - 1
(2:15-cv-00835-JLR)

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

APPROVED BY:

        *s/ Breanne Sheetz Martell*
        Breanne Sheetz Martell, #39632
        bsmartell@littler.com
        LITTLER MENDELSON, P.C.
        One Union Square
        600 University Street, Suite 3200
        Seattle, WA  98101.3122
        Phone:    206.623.3300
        Fax:       206.447.6965
        E-Mail:   bsmartell@littler.com
        Attorneys for Defendants

COUNSEL FOR DEFENDANTS CITIZENS TELECOM SERVICES COMPANY, LLC; and FRONTIER COMMUNICATIONS CORPORATION

APPROVED BY:

*s/ Terry A. Venneberg*
Terry A. Venneberg, WSBA #31348
Attorney at Law
3425 Harborview Drive
Gig Harbor, WA 98332
Tel: 253.858.6601
Fax: 253.858.6603
terry@washemploymentlaw.com
jan@washemploymentlaw.com

And

*s/ Kenneth R. Friedman*
Kenneth R. Friedman
WSBA No. 17148
FRIEDMAN | RUBIN
1126 Highland Avenue
Bremerton, Washington 98337
Tel: (360) 782-4300
Fax: (360) 782-4368
kfriedman@friedmanrubin.com

COUNSEL FOR PLAINTIFF DAVID WEIL

---

**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL** - 2
(2:15-cv-00835-JLR)

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

## ORDER OF DISMISSAL

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims against Defendants in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _20 December_, 2019

_____
The Honorable James L. Robart
United States District Court Judge

STIPULATION AND REQUEST
FOR ORDER OF DISMISSAL - 3
(2:15-cv-00835-JLR)

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300